UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ALEXANDER RUDOLPH, | No. C 11-1197 PJH (PR) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| vs. | |
| JOHN DOE, and Correctional Officers GARDNER and BLUMENTHAL, | |
| Defendants. | |

This is a civil rights case filed pro se by a state parolee. The clerk sent him a notice that his application to proceed in forma pauperis ("IFP") was deficient because he had not included a Certificate of Funds in Inmate Account, page five of the form application, and a printout of transactions in his prisoner account for the last six months. A copy of the court's form for applications to proceed in forma pauperis was provided with the notice, along with a return envelope. Plaintiff was informed that the case would be dismissed if he did not either pay the fee or remedy the IFP deficiencies within thirty days.

More than thirty days have elapsed and no response has been received. This case therefore is **DISMISSED** without prejudice.

**IT IS SO ORDERED.**

Dated: June 30, 2011.

PHYLLIS J. HAMILTON
United States District Judge

P:\PRO-SE\PJH\CR.11\RUDOLPH1197.DSM-IFP.wpd